UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
Arch Specialty Insurance Company    :   CIVIL ACTION NO.:
:
:   3:06-cv-01620
:
    Plaintiff,   :
:
v.   :
:
Raytel Medical Corporation, et al.   :   MARCH 22, 2007
:
    Defendant,   :
------------------------------------------------------------x

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated that all claims filed by Plaintiff Arch Specialty Insurance Company and all counterclaims filed by Defendant Raytel Medical Corporation, in the above-captioned matter are hereby dismissed with prejudice, each party to bear its own costs.

| Plaintiff, Arch Specialty Insurance Company | Defendant, Raytel Medical Corporation |
|---|---|
| /s/ Jonathan Kline | /s/ Alicia R. Bromfield |
| Jonathan Kline, Esq. (ct14791) | Tracy Alan Saxe, Esq. (ct06031) |
| Herrick, Feinstein LLP | Alicia R. Bromfield, Esq. (ct22770) |
| 2 Park Avenue | Saxe Doernberger & Vita, P.C. |
| New York, NY 10016 | 1952 Whitney Avenue |
| Tel. (212) 592-1400 | Hamden, CT  06517 |
| Fax (212) 592-1500 | Tel. (203) 287-8890 |
| Email: jkline@herrick.com | Fax (203) 287-8847 |
| | Email: tas@sdvlaw.com |
| | arb@sdvlaw.com |

So ordered,

_____
Honorable Warren W. Eginton, Senior U.S.D.J.

CERTIFICATE OF SERVICE

       I hereby certify that on the 22 day of March, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and by first class mail to those parties not registered to receive electronically. Parties may access this filing through the Court's system.

Julius Rousseau, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
jrousseau@herrick.com

Jonathan Kline, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
jkline@herrick.com

David J. Robertson, Esq.
Bai, Pollock, Blueweiss & Mulcahey, PC
1 Corporate Drive
Shelton, CT 06484
drobertson@baipollock.com

                                        s/ Alicia R. Bromfield